IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DEC 10 2015

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | NO. 4:15-CR-271-A |
| OSCAR VASQUEZ, ET AL. | § | |

O R D E R

The court ORDERS that the arraignment hearing of defendants OSCAR VASQUEZ, AUDRA BOWDEN, ANGELA REYNOLDS, VICTOR MARTINEZ-BALLEZA, ROBERT EVERHART, JUSTIN CLARK, CLINTON COOKSEY, JOSUE CRUZ and MARIO PEREZ be, and are set for 9:30 a.m. on December 16, 2015, before the Honorable Jeffrey L. Cureton, United States Magistrate Judge, in the 2nd Floor Courtroom of the United States Courthouse, Fort Worth, Texas.

The court further ORDERS that Oscar Vasquez and his attorney, Audra Bowden and her attorney, Angela Reynolds and her attorney, Victor Martinez-Balleza and his attorney, Robert Everhart and his attorney, Justin Clark and his attorney, Clinton Cooksey and his attorney, Josue Cruz and his attorney and Mario Perez and his attorney, and the attorney of United States of America responsible for handling this case be present at 9:15 a.m. at such date and place to insure a timely start of the hearing.

SIGNED December 10, 2015.

_____
JOHN McBRYDE
United States District Judge