ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEX
### FORT WORTH DIVISION

2016 MAY 20  AM 9:29

CLERK OF COURT

**UNITED STATES OF AMERICA**
**V**                                       **No. 4:15-CR-0271A**
**ROBERT HENRY LEE EVERHART (06)**

## NOTICE OF APPEAL

Robert Henry Lee Everhart (06) gives notice of appeal from the sentence

received on May 20, 2016.

Respectfully submitted,

Andrew Ottaway, Lawyer
301 South Morgan Street
P.O. Box 1679
Granbury, Texas    76048
ottaway9@swbell.net
817-573-7823;   FAX 579-1104
SBN 15342850

Certificate of Service

A copy of this document was delivered to AUSA Christopher Wolfe.

DATED: 5/20/16

Andrew Ottaway

---