CTJ

Case 4:15-cr-00271-A  Document 342  Filed 09/12/16  Page 1 of 1  PageID 2138
Case 4:15-cr-00271-A  Document 341  Filed 09/09/16  Page 1 of 2  PageID 2134

FILED
September 09, 2016
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Ft. Worth Division

Sep 9, 2016

| USA | § | |
|---|---|---|
| Plaintiff/Petitioner | § | |
| | § | NDTX Case No.: 4:15-CR-271-A-6 |
| v. | § | |
| | § | 5TH Circuit Appeals Court Case No.: 16-10663 |
| Robert Everhart | § | |
| Defendant/Respondent | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 12 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy

**NOTICE OF TRANSFER OF THE 5TH CIRCUIT RECORD ON APPEAL**

I hereby:

[X]  acknowledge receipt of the record on appeal which consists of:

_____ volumes of the record       _____ volumes of transcripts

_____ containers of exhibits       __8__ sealed documents

_____ folders of state court records _____ other: _____

[ ]  acknowledge that the record on appeal has been transferred to the:

_____ Appellee*              _____ Appeals Court

*If appellee's brief is required, appellant must forward the record on appeal to appellee when appellant's brief is sent to the 5th Circuit and served on appellee. See attached page for additional information.

I certify that I am proceeding *pro se* or that I am the designated attorney of record for the:

_____ Appellant              _____ Appellee

I also certify that I have not altered the record in any way.

9/9/16
Date

Signature
Printed Name: Andrew Hader
Address: PO Box 1679
Granbury TX 76048
Telephone Number: 817 573 7823

This form is to be completed and filed with the District Clerk's Office each time a party receives or forwards the record on appeal, including when the appellant or appelle forwards the record to the 5th Circuit